UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>                                Plaintiff,<br><br>      v.<br><br>CHECKSAMMY INC., ECO+ RECYCLING SERVICES, LLC, TED LAMBERT, YASEEN ABDELGHANI, and JOHN DOES 1 – 10,<br><br>                                Defendants. | **CIVIL NO. 1:25-CV-10915-PBS** |

**PLAINTIFF'S EMERGENCY MOTION
TO CONTINUE HEARING ON TRO BY ONE BUSINESS DAY**

    Plaintiff Acushnet Company ("Plaintiff" or "Acushnet") respectfully moves for a continuance of the TRO hearing currently scheduled for today, April 15, 2025, at 11:30 a.m., for one day, to Wednesday, April 16, 2025, for the following reasons:

    Counsel for Plaintiff has been in discussions with Mr. Lambert (who is unrepresented) and with counsel for CheckSammy and Mr. Abdelghani regarding the current status of the Unauthorized Goods. It may be possible to reach a resolution that will render Plaintiff's request for a temporary restraining order moot. Plaintiff believes that it should be clear whether a temporary restraining order is still required within one additional business day.

    Plaintiff does not know the Defendants' position on the present Motion, and given the time sensitivities, has not sought their assent before filing this Motion.

    Plaintiff appreciates the Court's busy schedule and the attention the Court has given to this matter.

#18079271v1

WHEREFORE, Plaintiff Acushnet requests that the Court continue the 11:30 a.m. hearing today to tomorrow, April 16, 2025, at a time to be scheduled by the Court, to provide the parties with additional time to see if Plaintiff's requested temporary restraining order can be rendered unnecessary.

DATED:  April 15, 2025

Respectfully submitted,

ACUSHNET COMPANY

*/s/ Kyle M. Noonan*
Kyle M. Noonan (BBO #705713)
Jonathan M. Gelchinsky (BBO #656282)
PIERCE ATWOOD LLP
254 Commercial Street
Portland, ME  04101
(207) 791-1100
knoonan@pierceatwood.com
jgelchinsky@pierceatwood.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I caused a copy of the foregoing pleading to be filed with the Court's ECF filing system, which will cause an electronic notice to be sent to counsel of record.

An email copy has also been provided to the parties as follows:

Roxanna Gonzalez, Esq, counsel for CheckSammy, Inc.
gonzalez.roxanna@dorsey.com

Ahmad Aburas, counsel for Yaseen Abdelghani
ahmad@aburaslaw.com

Ted Lambert (*pro se*)
Ted@ecoplusrecyclingservices.com

DATED:  April 15, 2025

               <u>/s/ Kyle M. Noonan</u>
                Kyle M. Noonan
                PIERCE ATWOOD LLP
               Merrill's Wharf
               254 Commercial Street
               Portland, ME 04101
                knoonan@pierceatwood.com
               (207) 791-1100

               *Attorney for Plaintiff*

#18079271v1