UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CHECKSAMMY, INC., ECO+ RECYCLING SERVICES, LLC, TED LAMBERT, YASEEN ABDELGHANI, SKY REVOLUTION RECYCLING LLC, ALMEDIN HAMZIC, and JOHN DOES 1-10,<br><br>Defendants. | 1:25-CV-10915-PBS |

**<u>CORPORATE DISCLOSURE STATEMENT OF</u>**
**<u>DEFENDANT/PLAINTIFF-IN-CROSSCLAIM CHECKSAMMY, INC.</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant/plaintiff-in-crossclaim, CheckSammy, Inc., states that it is wholly owned by its parent company, CheckSammy Technologies, Inc.

Respectfully submitted:

The Defendant,
**CHECKSAMMY, INC.,**
By its attorneys,

___*/s/ Roxanna Gonzalez*_________
Roxanna Gonzalez (pro hac vice)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
gonzalez.roxanna@dorsey.com

___*/s/ Kevin King*______________
Thomas F. Bright II: BBO# 676884
Kevin Robert King: BBO# 711298
HAMEL MARCIN DUNN
REARDON & SHEA P.C.
350 Lincoln Street, Suite 1101
Hingham, MA 02043
Telephone: (617) 482-0007
Facsimile: (617) 451-7866
tbright@hmdrslaw.com
kking@hmdrslaw.com

Dated: May 14, 2025

**CERTIFICATE OF SERVICE**

I, Kevin R. King, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to those indicated as non-registered participants.

*/s/ Kevin R. King*
Kevin R. King, BBO# 711298

Dated: May 14, 2025