**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>Plaintiff,<br>v.<br><br>CHECKSAMMY INC., ECO+ RECYCLING SERVICES, LLC, TED LAMBERT, SKY REVOLUTION RECYCLING LLC, ALMEDIN HAMZIC, AND JOHN DOES 1-10,<br><br>Defendants. | CASE NO. 1:25-CV-10915-PBS |

**NOTICE OF PENDING SETTLEMENT BETWEEN ACUSHNET AND CHECKSAMMY**

Plaintiff Acushnet Company and Defendant CheckSammy Inc., by and through their undersigned counsel, hereby provide notice to the Court that they have reached an agreement in principle to settle the claims Acushnet asserts against CheckSammy. Acushnet is releasing its claims against the remaining defendants.

Acushnet and CheckSammy are currently preparing the settlement documents. Upon execution, Acushnet will promptly make the appropriate filings to be dismissed from the case under Rule 41.

This settlement in principle applies only to the claims Acushnet asserts against CheckSammy and other defendants (which are the only claims to which Acushnet is a party). The cross-claims in the case remain active.

Dated: September 19, 2025

/s/ *Kyle M. Noonan*
Kyle M. Noonan, Esq.
Pierce Atwood LLP
Merrill's Wharf
254 Commercial St.
Portland, ME 04101
Tel: (207) 791-1100
knoonan@pierceatwood.com

*Attorneys for Plaintiff Acushnet Company*

/s/ *Kevin R. King*
Kevin R. King, Esq.
Hamel Marcin Dunn Reardon & Shea, P.C.
350 Lincoln Street
Suite 1101
Hingham, MA 02043
Tel: (617) 482-0007 x130
kking@hmdrslaw.com

*Attorneys for Defendant CheckSammy Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below I caused a copy of the foregoing Notice of Pending Settlement between Acushnet and CheckSammy to be filed via ECF and thus served on all counsel of record, and also served via email on Michael Bradford, Esq., counsel to Sky Revolution Recycling LLC and Almedin Hamzic, at mbradford@luedeka.com, and on Daniel Brown, counsel to CheckSammy Inc., at brown.daniel@dorsey.com.

DATED: September 19, 2025

*/s/ Kyle M. Noonan*
Kyle M. Noonan
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
(207) 791-1100
knoonan@pierceatwood.com

*Attorneys for Plaintiff Acushnet Company*