**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ACUSHNET COMPANY,<br><br>Plaintiff,<br>v.<br><br>CHECKSAMMY INC., ECO+ RECYCLING SERVICES, LLC, TED LAMBERT, SKY REVOLUTION RECYCLING LLC, ALMEDIN HAMZIC, AND JOHN DOES 1-10,<br><br>Defendants. | CASE NO. 1:25-CV-10915-PBS |

**STIPULATION OF DISMISSAL OF CLAIMS ASSERTED BY ACUSHNET COMPANY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all remaining parties to this action hereby stipulate to the dismissal of all claims asserted by Acushnet Company with prejudice and without costs to any party.

Dated: October 30, 2025

*/s/ Kyle M. Noonan*
Kyle M. Noonan, Esq.
Pierce Atwood LLP
Merrill's Wharf
254 Commercial St.
Portland, ME 04101
Tel: (207) 791-1100
knoonan@pierceatwood.com

*Attorneys for Plaintiff Acushnet Company*

*/s/ David H. Rich*
David H. Rich
TODD & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02110
drich@toddweld.com

*Attorneys for Defendant / Crossclaim Plaintiffs Ted Lambert and Eco+ Recycling Services*

*/s/ Kevin R. King*
Kevin R. King, Esq.
Hamel Marcin Dunn Reardon & Shea, P.C.
350 Lincoln Street
Suite 1101
Hingham, MA 02043
Tel: (617) 482-0007 x130
kking@hmdrslaw.com

*Attorneys for Defendant and Crossclaim Plaintiff CheckSammy Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below I caused a copy of the foregoing Stipulation of Dismissal to be filed via ECF and thus served on all counsel of record, and also served via email on Daniel Brown, counsel to CheckSammy Inc., at brown.daniel@dorsey.com.

DATED: October 30, 2025

*/s/ Kyle M. Noonan*

Kyle M. Noonan
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
(207) 791-1100
knoonan@pierceatwood.com

*Attorneys for Plaintiff Acushnet Company*



#18598085v1