UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY,<br>Plaintiff,<br><br>v.<br><br>CHECKSAMMY INC.,<br>Defendant, Cross Claim Plaintiff and Counter Cross Claim Defendant<br><br>v.<br><br>ECO+RECYCLING SERVICES, LLC and TED LAMBERT<br>Defendants, Cross-Claim Defendants and Counter Cross-Claim Plaintiffs | Civil Action No. 1:25-cv-10915 -PBS |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL REMAINING CLAIMS IN CASE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties remaining to this action, CheckSammy, Inc, Ted Lambert and Eco+ Recycling Services, LLC hereby stipulate to the dismissal of this action with prejudice, including all claims and crossclaims asserted by any party, with each party to bear its own attorney's fees and costs and waiving all rights to appeal.

*/s/ David H. Rich*
David H. Rich (BBO #634275)
TODD & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
drich@toddweld.com

*Attorneys for Defendant / Crossclaim Plaintiffs Ted Lambert and Eco+ Recycling Services*

*/s/ Kevin King*
Kevin R. King, Esq.
Hamel Marcin Dunn Reardon & Shea, P.C.
350 Lincoln Street
Suite 1101
Hingham, MA 02043
(617) 482-0007 x130
kking@hmdrslaw.com

*Attorneys for Defendant and Crossclaim Plaintiff CheckSammy Inc.*

Dated: January 5, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below I caused a copy of the foregoing Stipulation of Dismissal to be filed via ECF and thus served on all counsel of record, and also served via email on Daniel Brown, counsel to CheckSammy Inc., at brown.daniel@dorsey.com.

DATED: January 5, 2026

*/s/ David H. Rich*
David H. Rich
Todd & Weld LLP
1 Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
drich@toddweld.com